## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01533-SBP

LORENOZO VARGAS-GUTIERREZ,

 Petitioner,

v.

TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,
GEORGE VALDEZ, United States Immigration and Customs Enforcement Field Office Director for the Colorado Field Office, in his official capacity,
MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, in his official capacity
JUAN BALTAZAR, Warden of GEO Group Aurora Inc., in his official capacity,

 Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States Magistrate Judge Susan B. Prose entered on May 6, 2026, [ECF No. 11] and May 20, 2026, [ECF No. 16], it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED IN PART. It is

FURTHER ORDERED that, as the prevailing party, Petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   K. Myhaver

K. Myhaver, Deputy Clerk